Mark S. Perelman - 120961
MPerelman@mpbf.com
MURPHY, PEARSON, BRADLEY & FEENEY
550 California Street, 14th Floor
San Francisco, CA 94104-1001
Telephone: (415) 788-1900
Facsimile: (415) 393-8087

Attorney for Defendant
ALPHA PHI INTERNATIONAL FRATERNITY, INC.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JENNIFER SEILER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ALPHA PHI INTERNATIONAL FRATERNITY, INC., a corporation; and DOES 1-25, inclusive,<br><br>Defendants. | Case No.: 2:26-cv-02644-TLN-AC<br><br>**ORDER GRANTING PLAINTIFF JENNIFER SEILER AND DEFENDANT ALPHA PHI INTERNATIONAL FRATERNITY, INC.'S JOINT STIPULATION TO AMEND RULE 26 (a)(1) INITIAL DISCLOSURE DEADLINE AND EXTEND FACT DISCOVERY DEADLINE**<br><br>Judge: Hon. Troy L. Nunley<br>Complaint Filed: June 30, 2026<br>Action Removed: July 30, 2026<br>Answer Filed: August 6, 2026<br>Trial Date: None Set |

On, September 28, 2026, Plaintiff Jennifer Seiler ("Plaintiff") and Defendant Alpha Phi International Fraternity, Inc. ("Defendant") (hereinafter the "Parties"), filed a Joint Status Report and Discovery Plan pursuant to Red. R. Civ. P. Rule 26(f), wherein the Parties stipulated to extend their Rule 26(a)(1) initial disclosure deadline from October 12, 2026, to **October 26, 2026**, and to extend the fact discovery deadline from August 6, 2027, to December 31, 2027.

The Court, having considered the Stipulation and finding good cause, therefore, hereby GRANTS the Stipulation and ORDERS as follows:

///

1. The Parties are permitted to exchange their Rule 26(a)(1) initial disclosures by **October 26, 2026**.
2. The fact discovery deadline is extended from August 6, 2027, to December 31, 2027. All remaining pretrial deadlines shall be calculated from December 31, 2027.

IT IS SO ORDERED.

Dated: September 29, 2026

Troy L. Nunley
Chief United States District Judge